UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-15-211-R                                          Date: MARCH 10, 2015

Title:   YELIZAVETA POPERECHNAYA, et al. - V.-  SSC TARZANA MANAGEMENT COMPANY, LP
====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   Christine Chung                                              None Present
   Courtroom Deputy                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                         None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT

      The Court has determined that Plaintiff's Motion to Remand Case to the Superior Court of the State of California in the County Of Los Angeles [5] set for hearing on March 16, 2015 at 10:00 A.M., is suitable for a decision on the papers as filed by all parties, without the need for oral argument; therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed, and the hearing date of March 16, 2015 is VACATED and TAKEN OFF CALENDAR.

      The Court will issue its ruling on the matter in due course.

  **IT IS SO ORDERED.**

MINUTES FORM 11                                              Initials of Deputy Clerk ___CCH____
CIVIL -- GEN